

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-23-2006

# Worthy v. NJ State Parole Bd

Precedential or Non-Precedential: Non-Precedential

Docket No. 05-2634

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Worthy v. NJ State Parole Bd" (2006). *2006 Decisions*. Paper 845.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/845

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

NO. 05-2634
_____

EMMITT WORTHY, III,
Appellant
vs.

N.J. STATE PAROLE BOARD; WILLIAM T. MCCARGO, Chairman;
JOHN D'AMICO, Chairman; EDWARD J. OSKAY, Chief Appeals Unit;
ROBERT M. EGLES, Hearing Officer; GAIL SUPERS, Supervisor District #8;
DAVID SOLTIS, Supervisor District #8; LAURIE HOAGLAND, Parole Officer;
JOHN MCCAFFERY, Parole Officer JOHN DOE, Joe Doe Hearing Officers

_____

On Appeal From the United States District Court
For the District of New Jersey
(D.C. Civ. No. 05-cv-01905)
District Judge: Honorable Robert B. Kugler

_____

Before: FISHER, ALDISERT AND WEIS, <u>CIRCUIT JUDGES</u>

ORDER AMENDING OPINION

At the direction of the Court, the opinion filed June 20, 2006 is hereby amended to

delete the stray footnote on page 5 of the opinion. The footnote appears as number 5 in

the body of the opinion; however inclusion of a fifth footnote was not intended.

For the Court,
/s/ Marcia M. Waldron
Clerk

Date: June 23, 2006
CMH/cc: EW, LAP